NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | |
|---|---|
| NEW MISSIONS GLOBAL, LLC,<br>    *Plaintiff,* | §<br>§<br>§  **Case No. 4:20-cv-250** |
| v. | §<br>§ |
| YANG CINDY XU,<br>    *Defendant* | §<br>§ |

## AGREED MOTION TO ABATE PROCEEDINGS FOR 90 DAYS

The parties named in the instant case now file this agreed motion to abate proceedings in said case for 90 days.

The parties have come to a settlement regarding this dispute and are currently working toward a dismissal of all claims.

The parties all agree that Hugh Parmer should be part of the settlement though he was not named as a litigant. However, Mr. Parmer recently passed and his estate is still in the process of appointing a representative who can, once appointed, participate in the settlement.

WHEREFORE, all named parties by agreement request a 90-day abatement of all proceedings in the instant case to allow to time for a representative to be appointed for the Estate of Hugh Parmer, said abatement to affect all active deadlines, including Plaintiff's deadline to file a motion for leave which is currently set for August 6, 2020.

Respectfully submitted,

| | |
|---|---|
| By:  /s/Warren V. Norred | /s/Lane Odom |
| Warren V. Norred | Lane Odom |
| Texas Bar No. 24045094 | Texas Bar No. 15202600 |
| wnorred@norredlaw.com | lodom@berryodom.com |
| Norred Law, PLLC | Berry Odom, LLP |
| 515 E. Border St. | 611 9th Ave. |
| Arlington, Texas 76010 | Fort Worth, Texas 76104 |
| O: (817) 704-3984, F: (817) 524-6686 | O: 817-850-4200, F: 817-546-3210 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |